■ In the Matter of Marilyn Panosian, Appellant, v Michael J. Norris et al., as Commissioners of Niagara County Board of Elections, et al., Respondents. [718 NYS2d 246] —Order

unanimously affirmed without costs (*see, Matter of Shaffer v Norris*, 275 AD2d 881 [decided herewith]). (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Election Law.) Present—Pine, J. P., Hayes, Hurlbutt, Scudder and Kehoe, JJ. (Filed Aug. 23, 2000.)